JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS UITZ,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE,<br><br>　　　　　　Respondent. | Case No. CV 20-11815-SVW (KK)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action With Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 27, 2021

_____
HONORABLE STEPHEN V. WILSON
United States District Judge